■ In the Matter of EDWARD R. THIEL, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [60 NYS3d 906]—Order of interim suspension entered, pursuant to 22 NYCRR § 1240.9. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 12, 2017.)

■ In the Matter of MARK ROBERT McGRATH, for Reinstatement to the Practice of Law in the State of New York. [60 NYS3d 878]—Order entered terminating suspension and granting application for reinstatement to the practice of law. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 12, 2017.)

■ In the Matter of ALLAN ROSS LIPMAN, an Attorney, Resignor. [60 NYS3d 879]—Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 18, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DAVIS, Appellant. [60 NYS3d 907]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., NeMoyer, Curran, Troutman and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY KEVIN RENDELL, Appellant. [60 NYS3d 866]—Motion for reargument denied. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE IVY, Appellant. [60 NYS3d 867]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO ZANGHI, Appellant. [60 NYS3d 907]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY YOUNGBLOOD, Appellant. [60 NYS3d 917]—Motion for writ of error coram nobis and for other relief denied. Present—Whalen, P.J., Centra, Peradotto, Curran and Troutman, JJ.